Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

**2017–0749.   In re Application of Ohio Power Co.**
Public Utilities Commission, Nos. 13–2385–EL–SSO and 13–2386–EL–AAM. On motion of Ohio Power Company for leave to intervene as appellee. Motion granted.

**2017–0752.   In re Application of Ohio Power Co.**
Public Utilities Commission, Nos. 14–1693–EL–RDR and 14–1694–EL–AAM. On motion of Ohio Power Company for leave to intervene as appellee. Motion granted.

**2017–0881.   In re Scudder.**
On certified entry of felony conviction. Steven C. Scudder, Attorney Registration No. 0044134, suspended from the practice of law for an interim period.

**2017–0494.   State ex rel. Walker v. Yount.**
In Mandamus. This case is returned to the regular docket under S.Ct.Prac.R. 19.01. Respondents·shall file a response to the complaint within 21 days.

*July 6, 2017*

2017-Ohio-5733.]

**2017–0880.   State ex rel. Electronic Classroom of Tomorrow v. State Bd. of Edn.**
In Mandamus and Prohibition. Respondents shall file a response, if any, to relator's emergency motion for an immediate preliminary injunction no later than 12:00 p.m. on Friday, July 7, 2017.

*July 7, 2017*

2017-Ohio-5737.]

**2017–0412.   In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10–8265–EL–BGN. Sua sponte, briefing schedule reinstated. Appellants shall file a merit brief within 40 days of the date of the entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

**2017–0770.   Columbus Bar Assn. v. Striff.**
On certification of default. Christopher Williams Striff Jr., Attorney Registration No. 0085421, last known business address in Columbus, Ohio, is hereby suspended from the practice of law for an interim period.